FILED

03/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0312

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
CASE NO. DA 23-0312
_____

| | | |
|---|---|---|
| T.M.B., by and through DARCY SAUNDERS, CAPITAL CITY CASE MANAGEMENT, Guardian and Conservator, | ) ) ) | ORDER GRANTING |
| | ) | APPELLEE WEST MONT'S |
| Plaintiff/Appellant, | ) | UNOPPOSED MOTION FOR |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| WEST MONT and STATE OF MONTANA, | ) ) | |
| Defendants/Appellees. | ) | |

_____

Upon consideration of Appellee West Mont's Unopposed Motion for Extension of Time, and there being no objection,

IT IS HEREBY ORDERED that Appellee West Mont is granted an extension of time to and including April 22, 2024, within which to prepare, file, and serve Appellee State of Montana's Answer Brief.

*Electronically dated and signed below.*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 12 2024